IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| **MARIBEL GLASS,**<br>　　*Plaintiff*,<br><br>**v.**<br><br>**SUL ROSS STATE UNIVERSITY, PETE GALLEGO, BOARD OF REGENTS - TEXAS STATE UNIVERSITY SYSTEM, KARLIN DEVOLL, BRANDY SNYDER, KARA O'SHAUGHNESSY,**<br>　　*Defendants.* | §§§§§§§§§§§§§ | **P:22-CV-00014-DC** |

## FINAL JUDGMENT

In accordance with the Court's Order (Doc. 25), Defendants' Motion to Dismiss Plaintiff's Amended Complaint is granted. Because nothing remains in the case to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERD** Plaintiff's § 19 claim against all Defendants is **DISMISSED** without prejudice based on sovereign immunity.

It is also **ORDERED** that Plaintiff's Title IX retaliation claim against all Defendants is **DISMISSED** with prejudice under Federal Rule 12(b)(6).

It is also **ORDERED** that any Title IX discrimination claim asserted against Sul Ross and Board of Regents is **DISMISSED** with prejudice under Federal Rule 12(b)(6).

It is also **ORDERED** that Plaintiff's First Amendment retaliation claim against Defendants Gallego, DeVoll, and Snyder is **DISMISSED** with prejudice under Federal Rule 12(b)(6).

It is also **ORDERED** that Plaintiff's § 1983 *Monell* liability claim against Sul Ross is **DISMISSED** without prejudice based on sovereign immunity.

It is also **ORDERED** that Plaintiff's defamation claim against Sul Ross is **DISMISSED** without prejudice based on sovereign immunity.

It is also **ORDERED** that Plaintiff's defamation claim against Defendants DeVoll, Snyder, and Kara is **DISMISSED** without prejudice under Federal Rule 12(b)(6).

It is also **ORDERED** that Plaintiff's declaratory judgment claim is **DISMISSED** with prejudice under Federal Rule 12(b)(6).

It is also **ORDERED** that the Clerk of the Court **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 8th day of March, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE